# 970        CASES REPORTED WITH BRIEF SYLLABI.

MARGARET CARTELLA, Respondent, v. WILLIAM P. WILSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concur.

SEBASTIAN CARTELLA, Respondent, v. WILLIAM P. WILSON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concur.

JOHN COLANTINO, Respondent, v. MAX LANGER, Appellant.— Judgment of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

MARTHA DUKAS, Respondent, v. JOHN KATSAROS, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

ELWOOD M. TOWNSEND & Co., INC., Appellant, v. CLARENCE LEVY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

JOSEPH FESSLER, JR., Appellant, v. RICHMOND LIGHT AND RAILROAD COMPANY, Respondent.— Order unanimously affirmed, with costs to abide the event. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

DAVID F. FINNERTY, Respondent, v. HOTEL SHELBURNE, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ.

MARY H. FINNERTY, Respondent, v. HOTEL SHELBURNE, INC., Appellant.— Judgment and order reversed and new trial granted, with costs to abide the event, unless plaintiff within ten days stipulate to reduce the verdict to the sum of $2,500, and that the judgment be modified accordingly; in which event the judgment as so modified, and the order, are unanimously affirmed, without costs. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

WALTER G. FREY, Respondent, v. THE LUTHERAN CEMETERY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the amount of the recovery to the sum of $2,500; in which event the judgment as so modified, and the order, are unanimously affirmed, without costs. Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

CECIL H. HANRETTY, Respondent, v. LAWRENCE M. HANRETTY, JR., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.

In the Matter of the Settlement of the Account of MARY F. MCALLISTER, as Trustee, etc., of MARY J. BLAIR, Deceased, etc. MARY F. MCALLISTER, Individually and as Trustee, etc., Appellant; JOHN A. BLAIR, Respondent.— Decree of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Rich, Blackmar, Kelly and Jaycox, JJ., concur.

HARRY C. MALLORY, Respondent, v. HARRIS H. URIS, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.